Sua sponte, Complaint for a Writ of Habeas Corpus is dismissed for failure to comply with R.C. 2725.04(D) which requires that a copy of the commitment or cause of detention be submitted when applying for habeas relief or that a showing be made of the fact that a detention is without legal authority. State ex rel. Wynnv. McFaul(1998), 81 Ohio St.3d 193, 690 N.E.2d 7; Bloss v.Rogers(1992), 65 Ohio St.3d 145, 602 N.E.2d 602.
In addition, petitioner did not name as a respondent the person maintaining the alleged illegal custody over him and has failed to provide this court with a detailed affidavit in support of the complaint as required by Loc.App.R. 45(B)(1)(a). Again, dismissal is warranted. State ex rel. Mancini v. Dunning(Mar. 16, 1999), Cuyahoga App. No. 76129-30, unreported; State ex rel.Rolling v. State of Ohio(Dec. 21, 1998), Cuyahoga App. No. 75696, unreported.
Accordingly, case is dismissed. Costs to petitioner.
DYKE, J., and POCCO, J. CONCUR.
 ___________________________________ JAMES M. PORTER ADMINISTRATIVE JUDGE